# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 141 MAL 2022

          Respondent               :

                                   :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

          v.                     :

NASIR ANTHONY MALIK GRANT,   :

          Petitioner               :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 142 MAL 2022

          Respondent               :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

          v.                     :

NASIR ANTHONY MALIK GRANT,   :

          Petitioner               :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.